UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TIFFANY TAYLOR,
                Plaintiff,

v.
                                           **ORDER**

                                           22 CV 10219 (VB)
PEPSICO, INC. and PAI PARTNERS, INC.,
                Defendants.
--------------------------------------------------------------x

       Plaintiff commenced the instant action on December 1, 2022. (Doc. #1).

       On December 9, 2022, plaintiff docketed an affidavit of service indicating service on defendants PepsiCo, Inc. and PAI Partners, Inc., on December 8, 2022. (Docs. ## 9, 10). On December 27, 2022, defense counsel docketed a notice of appearance. (Doc. #11). Defendants' time to answer was subsequently extended, on consent, to April 14, 2023. (Doc. #18).

       To date, defendants have not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **May 5, 2023**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **May 19, 2023**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: April 21, 2023
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge